✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV - 3 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JEFFREY A. KULLOS,

    Plaintiff,

v.

K. ADMANSON et al.,

    Defendants.

3:17-cv-00651-RCJ-VPC

ORDER

## I. DISCUSSION

Plaintiff, who is a prisoner in the custody of the Nevada Department of Corrections, has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 and has filed an application to proceed *in forma pauperis*. (ECF No. 1, 1-1). Plaintiff has conspicuously failed to sign the penalty of perjury declarations on both his application to proceed *in forma pauperis* and his complaint.

Plaintiff's application to proceed *in forma pauperis* is incomplete. Pursuant to 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must complete an application to proceed *in forma pauperis* and attach both an inmate account statement for the past six months and a properly executed financial certificate. Plaintiff has not signed the penalty of perjury page on page 3 of the application to proceed *in forma pauperis*. (*See* ECF No. 1 at 3). As such, the *in forma pauperis* application is denied without prejudice.

Plaintiff has also failed to sign the penalty of perjury pages on his form complaint. (ECF No. 1-1 at 9, 11). The Court will grant Plaintiff an opportunity to submit a properly signed application to proceed *in forma pauperis* and complaint.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff's application to proceed *in*

*forma pauperis* (ECF No. 1) is DENIED without prejudice.

IT IS FURTHER ORDERED that the Clerk of the Court SHALL SEND Plaintiff a complete copy of both his original application to proceed *in forma pauperis* (ECF No. 1) and his complaint (ECF No. 1-1).

IT IS FURTHER ORDERED that within **thirty (30) days** from the date of this order, Plaintiff shall sign the penalty of perjury pages on both his application to proceed *in forma pauperis* and his complaint and resubmit them to the Court.

IT IS FURTHER ORDERED that, if Plaintiff does not timely comply with this order, dismissal of this action may result.

DATED: This 3rd day of November, 2017.

_____
United States Magistrate Judge